# ALABAMA COURT OF CRIMINAL APPEALS



January 2, 2026

**CR-2024-0883**
Felesha Rashaad McBride v. State of Alabama (Appeal from Jefferson Circuit Court:  CC-21-2110)

## <u>NOTICE</u>

You are hereby notified that on January 2, 2026, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk